# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

December 8, 2016

Lyle W. Cayce
Clerk

No. 15-41657
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

APOLINAR CRUZ-DESANTIAGO,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:15-CR-697-1

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Apolinar Cruz-Desantiago has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). In response, Cruz-Desantiago has moved for an extension of time and the appointment of new counsel. Cruz-Desantiago's pro se motions are DENIED as untimely. *See United States v. Wagner*, 158 F.3d

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-41657

901, 902–03 (5th Cir. 1998); *United States v. Sierra*, 186 F. App'x 461, 462 (5th Cir. 2006).

We have reviewed counsel's briefs and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.